IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DENISE GRIER,<br><br>    Plaintiff,<br><br>vs.<br><br>DeKalb County, and Police Sgt. R.S. Caviness, individually and in his official capacity,<br><br>    Defendant(s). | **CIVIL ACTION FILE NO.**<br>1:06-CV-2479 |

## VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, **Plaintiff Denise Grier** and **DEFENDANT(S) DEKALB COUNTY,** and **RICK S. CAVINESS**, stipulate and agree that all of Plaintiff's claims and her Complaint are hereby **VOLUNTARILY DISMISSED WITH PREJUDICE**. All parties deny liability or wrongdoing and have agreed to this dismissal to resolve all differences without further expense. The parties agree to bear their own respective attorneys' fees and costs.

[Continued on following page]

DENISE GRIER
V.
DEKALB COUNTY POLICE DEPARTMENT
USDC:  CAFN 1:06-CV-2479
VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE


Therefore, Plaintiff voluntarily dismisses Complaint with prejudice.

This 25 day of February 2008.

CONSENTED TO:

_____
FRANK L. DERRICKSON
Attorney for Plaintiff
Georgia Bar No. 219350
755 Commerce Drive
Suite 600
Decatur, GA  30033
(404) 636-0331

_____
STEPHEN E. WHITTED
Attorney for Defendant(s)
Georgia Bar No. 756796
DeKalb County Law Department
1300 Commerce Drive, 5th Floor
Decatur, GA  30030